JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GALEAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>SYNCREON TECHNOLOGY (USA) LLC, et al.,<br><br>                    Defendants. | Case No.  CV 22-8629-GW-JPRx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

     IT IS SO ORDERED.

Dated: April 4, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE